LAW OFFICES

# FREDRICK E. CHARLES

441 LINDEN STREET
ALLENTOWN, PENNSYLVANIA 18102

(610) 437-7064

November 20, 2018

The Honorable Jan E. DuBois, Senior Judge
Chambers, Room 12613
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    Fernando Gonzalez, Administrator of the Estate of Jose Esteban
            Santos Paniagua, a/k/a Jose Santos, a/k/a Jose Esteban Santos and
            Roxanne Martinez, Plaintiffs vs. City of Philadelphia, et al
            Civil Action No.: 2:15-cv-02847-JD  (U.S.D.C.E.D. PA)

Dear Judge DuBois:

        On September 20, 2018, Your Honor entered an Order approving the distribution of the settlement proceeds in the above-captioned case. Your Honor's Order directed:

> "**IT IS FURTHER ORDERED** that, within sixty (60) days of the date of this Order, counsel for plaintiff shall file and serve a certificate in which he certifies compliance with this Order and provides the details of the bank account opened for the benefit of the minor beneficiary."

Your Honor's Order was entered of record on September 21, 2018.

        Please be advised that, on this date, I received correspondence from opposing counsel, Mark V. Maguire, Esquire, advising me that the settlement funds will be distributed on December 6, 2018. Accordingly, I will need additional time in order to comply with Your Honor's above directive and to deposit funds in a bank account opened for the benefit of the minor beneficiary.

The Honorable Jan E. DuBois, Senior Judge
November 20, 2018
Page Two

In the event that you have any questions, please feel free to contact me.

Very truly yours,

Fredrk E. Charles

FREDRICK E. CHARLES

FEC/kr
*VIA FACSIMILE TO CHAMBERS: (215) 580-2141*

cc: Mark V. Maguire, Esquire,
    Via email to Mark.Maguire@phila.gov